UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUDY C. MOSLEY and CAROL L. HEENAN
a/k/a CAROL L. MUESSMAN,

          Plaintiffs,

vs.                                 Case No. 8:06-CV-592-T-27MSS

MARTIN S. AWERBACH, et al.,

          Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on the Report and Recommendation submitted by Magistrate Judge Mary S. Scriven recommending that Plaintiffs' motions to proceed *in forma pauperis* (Dkts. 2 & 3) be denied without prejudice (Dkt. 7). Plaintiffs filed objections to the Report and Recommendation, including a request that they be permitted to amend their complaint to add a party (Stewart Title Guaranty Company) and to state a claim under 42 U.S.C. § 1983 (Dkt. 11).

After careful consideration of the Report and Recommendation and Plaintiffs' objections, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Further, the Court also concludes that Plaintiffs should be permitted to amend their Complaint as requested. Accordingly, it is

      **ORDERED AND ADJUDGED** that

      1)     The Report and Recommendation (Dkt. 7) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) Plaintiffs' motions to proceed *in forma pauperis* (Dkts. 2 & 3) are **DENIED without prejudice**.

3) Plaintiffs shall file an amended complaint within twenty (20) days of the date of this Order, failing which the case will be dismissed without further notice.

4) Plaintiffs shall pay the appropriate filing fees or, alternatively, may move for leave to proceed *in forma pauperis* with the support of their amended complaint.

**DONE AND ORDERED** in chambers this 14th day of August, 2006.

JAMES D. WHITTEMORE
**United States District Judge**

Copies to:
Counsel of Record